

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd floor
New York, NY 10007

February 26, 2021

**REQUEST GRANTED.**
Defendant's time to file the administrative record is extended to April 30, 2021. The Clerk of Court is respectfully directed to mail a copy of this order to the Plaintiff.

3/1/2021   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

BY ECF

Honorable Lewis J. Liman
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re:  Luz Santiago Sanchez v. Comm'r of Soc. Sec.
     20 Civ. 7653 (LJL)

Dear Judge Liman:

Pursuant to the schedule in this Social Security case, the administrative record is due by March 1, 2021.  We write respectfully to request, with the consent of plaintiff, who is proceeding *pro se*, that the time to file the record be extended for 60 days, until April 30, 2021.  The reason for this request is the Social Security Administration needs more time to prepare the record due to telecommuting and other workplace changes in response to the pandemic.  No prior adjournment has been requested in this matter.  We appreciate the Court's consideration of this request.

Respectfully,

AUDREY STRAUSS
United States Attorney

By:   s/ *Susan D. Baird*
SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
Susan.Baird@usdoj.gov

cc: <u>BY EMAIL and MAIL</u>
Luz Santiago Sanchez
2222 Eastchester Road, 2nd floor
Bronx, NY 10469

esthrsnt@hotmail.com