**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LUZ E. SANTIAGO SANCHEZ,

                    Plaintiff,

-against-                                      20 **CIVIL** 7653 (LJL)

**JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 8, 2022, the Court has affirmed the final decision of the Commissioner. The motion for judgment on the pleadings is GRANTED; Plaintiff's cross-motion for judgment on the pleadings is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York

      August 10, 2022

                                                **RUBY J. KRAJICK**

                                                **Clerk of Court**
                         **BY:**        *K. Mango*

                                                **Deputy Clerk**